2/6/2025 2:03 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-005976
Susan Poodiack

CAUSE NO. D-1-GN-24-005976

| | | |
|---|---|---|
| JAMIE SMITH, in his official | § | IN THE DISTRICT COURT |
| capacity as District Clerk of | § | |
| Jefferson County, Texas | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 455TH JUDICIAL DISTRICT |
| | § | |
| MEGAN LAVOIE, in her official | § | |
| capacity as Administrative Director | § | |
| Texas Office of Court Administration | § | |
| Defendant. | § | TRAVIS COUNTY, TEXAS |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/6/2025 5:06:59 PM
CHRISTOPHER A. PRINE
Clerk

### FIRST AMENDED NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JAMIE SMITH, in his official capacity as District Clerk of Jefferson County, Texas, Plaintiff herein, and hereby files this First Amended Notice of Appeal as follows:

1.     *Identity of the trial court and trial court number and style*: 455th Judicial District Court, Travis County, Texas; Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas v. Megan Lavoie, in her official capacity as Administrative Director Texas Office of Court Administration; Cause No. D-1-GN-24-005976.

2.     *Date of Order appealed from*: November 1, 2024.

3.     Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas desires to appeal.

4.     *Court to where appeal is taken*: Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas, appeals to the Fifteenth Court of Appeals.

5.     *Parties Filing Notice*: Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas.

1

6. This is not an accelerated appeal.

7. This is not a restricted appeal.

8. Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas, is electronically filing a copy of this Notice of Appeal with the Fifteenth Court of Appeals located at William P. Clements Building, 300 West 15th Street, Suite 607, Austin, Texas 78701.

9. Plaintiff inadvertently filed a copy of his initial Notice of Appeal with the Third Court of Appeals on February 4, 2025.

10. *Enforcement of Judgment*: Enforcement of this matter is suspended pursuant to Section 6.001 of the Civil Practice and Remedies Code because the case is brought by Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas.

Respectfully submitted

JEFFERSON COUNTY
DISTRICT ATTORNEY'S OFFICE

By: */s/ Quentin D. Price*

Quentin Price
Civil Attorney
1085 Pearl St., 3rd Floor
Beaumont, Texas 77701
Quentin.Price@jeffcotx.us
(409) 835-8550
Texas Bar# 16303740

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been forwarded to all known parties by E-FILE on this 6th day of February, 2025.

*/s/ Quentin D. Price*
QUENTIN D. PRICE

2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sandra Mott on behalf of Quentin Price
Bar No. 16303740
sandra.mott@jeffcotx.us
Envelope ID: 97072188
Filing Code Description: Notice of Appeal
Filing Description: FIRST AMENDED NOTICE OF APPEAL
Status as of 2/6/2025 4:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kathleen M.Kennedy | | kathleen.kennedy@jeffcotx.us | 2/6/2025 2:03:04 PM | SENT |
| Quentin D.Price | | Quentin.Price@jeffcotx.us | 2/6/2025 2:03:04 PM | SENT |
| Sandra Mott | | Sandra.Mott@jeffcotx.us | 2/6/2025 2:03:04 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 2/6/2025 2:03:04 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 2/6/2025 2:03:04 PM | SENT |
| Matthew Dow | | mdow@jw.com | 2/6/2025 2:03:04 PM | SENT |